# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAY ANTHONY KNIGHTON,<br>    Plaintiff | : Case No.: 3:21-cv-765 (KAD) |
| V. | : |
| AMY HARTMANN, ET AL.,<br>    Defendants. | : December 28, 2023 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3 (a) (1), the defendants in the above-captioned action, Amy Hartmann, Joshua Clark, and Nicholas Sullivan (the "Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from the Order regarding the Defendants' Motion for Summary Judgment [DE #46] and Supplemental Motion for Summary Judgment [DE #49] (together the "Summary Judgment Motion") issued by the United States District Court, Hon. Kari A. Dooley, dated December 4, 2023, denying in part the Defendants' Motion for Summary Judgment premised on, *inter alia*, qualified immunity. Mitchell v. Forsyth, 472 U.S. 511, 526-30 (1985); Napolitano v. Flynn, 949 F. 2d 617, 621 (2d Cir. 1991); Washington Square Post #1212 vs. Maduro, 907 F. 2d 1288, 1292 n.1 (2d Cir. 1990).

THE DEFENDANTS,

By: */s/ Holly G. Rogers* (ct18570)
    Holly G. Rogers
    MELICK & PORTER, LLP
    900 Main Street South
    Southbury, CT 06488
    203-596-0500
    hrogers@melicklaw.com

## CERTIFICATION OF SERVICE

This is to certify that on December 28, 2023, a copy of the foregoing was filed electronically via the Court's CM/ECF system. A copy has also been or will imminently be sent via the United States Postal Service to the Plaintiff, who is currently incarcerated, at the following address:

Carl Robinson Correctional Institution
Ray Anthony Knighton
Inmate # 124181
285 Shaker Road
PO Box 1400
Enfield, CT 06083-1400

                                         */s/ Holly G. Rogers*
                                         Holly G. Rogers